# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Lawrence J. Bartelemucci, Esq.
lbartelemucci@andersonkill.com
(212) 278-1883

*Electronic Filing/Fax*

August 3, 2009

Gerald P. Lepp
ADR Administrator
United States District Court for the Eastern
District of New York
(718) 613-2368

Re:   Yankowitz Law Firm v. Sheller, et. al.
      2:09-cv-853

Dear Mr. Lepp:

    This mediation report is submitted pursuant to the Order of the Court in the above-referenced case. A mediation has been scheduled between the parties, as follows:

Mediator: Michael H. Stone, Esq.

Dates: August 19 and 20, 2009

Time: 10:00 a.m.

Location: The offices of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, 42nd Floor, New York, NY 10020

Thank you again for your assistance with this matter.

Respectfully yours,

*[signature]*

Lawrence J. Bartelemucci

LJB:ljb

NYDOCS1-927222.1

New York ■ Greenwich ■ Newark ■ Philadelphia ■ Ventura ■ Washington, D.C.